Michael C. Fallon, SBN 088313
Attorney at Law
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
Facsimile:  (707) 546-5775
mcfallon@fallonlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re                                                               Case No.  13-10068

Judith Katherine Browning                          Chapter 13

    Debtor.
_____/
Judith Katherine Browning                          APN 18-01014

    Plaintiff,

vs.

CITI Financial Services

    Defendant.
_____/

CERTIFICATE OF SERVICE

    I, Merla Anders, declare:

    I am a citizen of the United States and resident of Sonoma County, California, I am over the age of eighteen and not a party to the within entitled action; my business address is 100 E Street, Suite 219, Santa Rosa, California 95404.

    On April 26, 2018, I served the Notice, Discovery Order, Adversary Proceeding Cover Sheet, Summons and Complaint on the parties in the said action by placing a true copy thereof,

enclosed in a sealed envelope, with postage thereon fully prepaid in the United States mail at

Santa Rosa, California addressed as follows:

David Lowman, President   Via Certified Mail/Return Receipt Requested
Citifinancial Services
300 St. Paul Place
Baltimore, MD 21202

    I declare under penalty of perjury that the foregoing is true and correct. Executed on April 26, 2018, at Santa Rosa, California.

                                      /s/ *Merla Anders*

                                      MERLA ANDERS