Michael C. Fallon, SBN 088313
Attorney at Law
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
Facsimile: (707) 546-5775
mcfallon@fallonlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re | Case No. 13-10068 |
| Judith Katherine Browning | Chapter 13 |
|     Debtor. / | |
| Judith Katherine Browning | APN 18-01014 |
|     Plaintiff, | |
| vs. | |
| CITI Financial Services | |
|     Defendant. / | |

CERTIFICATE OF SERVICE

    I, Merla Anders, declare:

    I am a citizen of the United States and resident of Sonoma County, California, I am over the age of eighteen and not a party to the within entitled action; my business address is 100 E Street, Suite 219, Santa Rosa, California 95404.

    On May 9, 2018, I served the Notice, Discovery Order, Adversary Proceeding Cover Sheet, Alias Summons and Complaint on the parties in the said action by placing a true copy

thereof, enclosed in a sealed envelope, with postage thereon fully prepaid in the United States mail at Santa Rosa, California addressed as follows:

Michael Corbat, President/CEO             Via Certified Mail/Return Receipt Requested
Citifinancial/Citimortgage
1000 Technology Drive
O'Fallon, MO 63368

     I declare under penalty of perjury that the foregoing is true and correct. Executed on May 9, 2018, at Santa Rosa, California.

                                                         /s/ *Merla Anders*
                                                         MERLA ANDERS